

Eric M. Creizman
Partner
(212) 735-8640
ecreizman@morrisoncohen.com

*Via ECF*

May 29, 2024

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** *United States v. Adam Kaplan and Daniel Kaplan,*
　　　**Index No. 23-CR-293 (JMA) (JMW)**

Dear Judge Azrack:

　　On behalf of Adam Kaplan, we respectfully join in co-defendant Daniel Kaplan's opposition to the designation of this case as "complex" for the purposes of the Speedy Trial Act.

Respectfully,

/s/ Eric M. Creizman
Eric M. Creizman

cc:　AUSAs Adam Toporovsky and Paul Scotti (by ECF)
　　　Michael Tremonte, Esq. (by ECF)