CMM:AT
F. #2022R00047

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ADAM KAPLAN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT'S EX PARTE
MOTION TO REVOKE BAIL

Docket No. 23-CR-00293(JMA)

EASTERN DISTRICT OF NEW YORK

Adam R. Toporovsky, being duly sworn, deposes and says:

1. I am an Assistant United States Attorney for the Eastern District of New York.

2. This application is in support of a motion for revocation of the above-referenced defendant's pretrial release pursuant to Title 18, United States Code, Section 3148(b)(1). That Section provides in relevant part:

> The attorney for the Government may initiate a proceeding for revocation of and order of release by filing a motion with the district court. A judicial officer may issue a warrant for the arrest of a person charged with violating a condition of release, and the person shall be brought before a judicial officer in the district in which such person's arrest was ordered for a proceeding in accordance with this section. To the extent practicable, a person charged with violating the condition of release that such person not commit a Federal, State, or local crime during the period of release, shall be brought before the judicial officer who ordered the release and whose order is alleged to have been violated. The judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer–

(1) finds that there is—

  (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release; or

  (B) clear and convincing evidence that the person has violated any other condition of release and

(2) finds that—

  (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or

  (B) the person is unlikely to abide by any condition or combination of conditions of release.

3. The government submits that based on the evidence set forth in the Affidavit in Support of the Government's Motion to Revoke Bail by Special Agent John Iannuzzi of the Federal Bureau of Investigation (the "Affidavit"), there is sufficient evidence for this Court to find, following a hearing, that: (a) there is probable cause that the defendant ADAM KAPLAN committed several crimes in violation of Federal and State law while on release, including conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and attempts to bribe a government official, in violation of Title 18, United States Code, Section 201; (b) there is clear and convincing evidence that the defendant ADAM KAPLAN violated several other conditions of his release, including that (i) the defendant ADAM KAPLAN not have any contact with any victims or witnesses; (ii) the defendant ADAM KAPLAN refrain from employment pertaining to investment advisement; and (iii) that the defendant ADAM KAPLAN not commit any crimes while on release; and (c) based on the factors set forth in Title 18, United States Code, Section 3142(g), (i) there is no condition or combination of conditions that will assure that the defendant ADAM KAPLAN will not flee or

2

pose a danger to the safety of any other person or the community; and (ii) the defendant ADAM KAPLAN is unlikely to abide by any condition or combination of conditions of release.

WHEREFORE, Your applicant requests that an arrest warrant be issued;

IT IS FURTHER REQUESTED that this Motion and accompanying Affidavit remain under seal until the execution of said warrant and until ordered unsealed by this Court.

Respectfully submitted,

By: /s/
Adam R. Toporovsky
Assistant United States Attorney
(631) 715-7846

Sworn to before me this
9 of September, 2024

/s/ Joan M. Azrack
THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

3