

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PGS
F. #2022R00047

*610 Federal Plaza*
*Central Islip, New York 11722*

April 15, 2025

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   United States v. Adam Kaplan and Daniel Kaplan
             Criminal Docket No. 23-293 (S-1)(GRB)

Dear Judge Azrack:

      The government writes in connection with the above-referenced matter to respectfully request, on behalf of the government and defendant Daniel Kaplan, that the Court issue the enclosed Protective Order. The proposed Protective Order incorporates two minor revisions to the previous order, dated September 14, 2023 (ECF Dkt. No. 32), relevant to Daniel Kaplan, as requested by his counsel. Specifically, the proposed Protective Order adds language to paragraph 2(c) and adds paragraph 2(f)((iv). The proposed Protective Order contains no revisions or changes with respect to Adam Kaplan. Counsel for defendant Daniel Kaplan joins in the instant request. Counsel for defendant Adam Kaplan consents to the entry of this order.

      Respectfully submitted,

      JOHN J. DURHAM
      United States Attorney

By:    /s/
      Adam R. Toporovsky
      Paul G. Scotti
      Rebecca M. Urquiola
      Assistant U.S. Attorneys
      (631) 715-7900

cc:   Clerk of the Court (JMA) (by ECF)
      Counsel of record (By ECF and email)