**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

April 18, 2025

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

     Re:  *United States v. Kaplan*, 23 Cr. 293 (JMA) (S-1)

Dear Judge Azrack:

     I write further to the Court's Order of April 16, 2025, directing defense counsel to electronically file under seal each of the exhibits attached in ECF No. 93 and the exhibits marked "sealed" in ECF No. 92.[1]

     These exhibits are being filed as sealed exhibits to this letter, under the same exhibit numbers indicated in ECF Nos. 92 and 93, as follows:

- Exhibit F
- Exhibit H
- Exhibit J
- Exhibit K
- Exhibit X
- Exhibit Y
- Exhibit Z
- Exhibit AA
- Exhibit BB
- Exhibit CC
- Exhibit DD
- Exhibit EE

     Please let us know if we can be of any further assistance to the Court in this matter.

---

[1] The exhibits marked "sealed" in ECF No. 92 are the same exhibits that were subsequently attached in ECF No. 93.

The Honorable Joan M. Azrack
April 18, 2025
Page 2

                                                    Respectfully submitted,

                                                   /s/ Mark S. Cohen
                                                Mark S. Cohen
                                                **COHEN & GRESSER LLP**
                                                800 Third Avenue, 21st Floor
                                                New York, New York  10022
                                                (212) 957-7600
                                                mcohen@cohengresser.com

cc:    All counsel of record (via ECF)