# Exhibit 19

1

```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NEW YORK
2
    ------------------------------X
3   UNITED STATES OF AMERICA,
                               :     23-cr-293
4                                    (JMA)
         -against-            :   United States Courthouse
5                                  Central Islip, New York
    ADAM KAPLAN, DANIEL KAPLAN,
6                              :   March 5, 2025
                  Defendants.      10 a.m.
7   ------------------------------X

8              TRANSCRIPT OF STATUS CONFERENCE
               BEFORE THE HONORABLE JOAN M. AZRACK
9              UNITED STATES DISTRICT COURT JUDGE

10
    APPEARANCES:
11
    For the Government:      JOHN DURHAM, ESQ.
12                           INTERIM UNITED STATES ATTORNEY
                             BY: ADAM TOPOROVSKY, AUSA
13                               REBECCA URQUIOLA, AUSA
                             100 Federal Plaza
14                           Central Islip, New York 11722

15
    For the Defendants:      MARK COHEN, ESQ.
16  - For Deft. A. Kaplan    GALE DICK, ESQ.
                             DREW DEAN, ESQ.
17                           Cohen & Gresser
                             100 Park Avenue
18                           New York, NY 10017

19   - for Deft D. Kaplan    MICHAEL TREMONTE, ESQ.
                             NOAM BIALE, ESQ.
20                           CLAIRE BLUMENTHAL BUCK, ESQ.
                             Sher Tremonte LLP
21                           90 Broad Street
                             New York, NY 10004

22

23  Official Court Reporter:   Paul J. Lombardi, RMR, FCRR
    Ph. (631) 712-6106         100 Federal Plaza - Suite 570
24                             Central Islip, New York 11722
            Proceedings recorded by mechanical stenography.
25             Transcript produced by CAT.
```

2

1          THE CLERK:  Calling criminal case 23-293, United

2     States of America versus Adam and Daniel Kaplan.

3          Counsel please state your appearances for the

4     record.

5          MR. TOPOROVSKY:  Good morning, your Honor.

6          Adam Toporovsky and Rebecca Urquiola for the

7     United States.

8          THE COURT:  Good morning.

9          MR. COHEN:  Good morning, your Honor.

10         Mark Cohen, along with Gale Dick and Drew Dean

11    for the defendant Adam Kaplan.

12         THE COURT:  Good morning, Mr. Cohen.

13         MR. BIALE:  Good morning, your Honor.

14         Noam Biale, Claire Blumenthal Buck and Michael

15    Tremonte for Daniel Kaplan.

16         THE COURT:  Good morning.

17         The first matter of business, I believe, is for

18    the defendants to be arraigned on the superseding

19    indictment.  Mr. Cohen, have you reviewed the superseding

20    indictment with your client?

21         MR. COHEN:  Yes, your Honor.

22         THE COURT:  Do you waive a formal reading?

23         MR. COHEN:  Yes.

24         THE COURT:  What plea would you like to enter

25    for him?

3

1       MR. COHEN:  Not guilty, your Honor.

2       THE COURT:  Mr. Biale?

3       MR. BIALE:  Yes, your Honor.

4       We have reviewed it, waive the reading, plea of

5   not guilty.

6       THE COURT:  All right.

7       The next matter that we need to discuss is a

8   realistic trial date.  Would that be next on your agenda,

9   Mr. Toporovsky?

10      MR. TOPOROVSKY:  Yes, your Honor.

11      THE COURT:  We had set May 5th.

12      Is that realistic anymore?  Let me cut to the

13  chase.

14      MR. TOPOROVSKY:  I understand from the

15  defendants they are going to ask for an adjournment.

16      THE COURT:  I assume that but hope springs

17  eternal.

18      MR. COHEN:  You don't want to hear my argument,

19  Judge?

20      THE COURT:  Not on this.

21      What I had in mind, thinking that you might not

22  be prepared for trial on May 5th, is that what I would do

23  today is set a trial date, because I do need to pin all of

24  you down because of your busy schedules, and then set a

25  motion date and obviously we can have statuses as we go

4

1    along.  What I had in mind, folks, was, I have another

2    criminal trial in Brooklyn probably early July that's

3    going to take some time.

4              So I had in mind September 8th.

5              MR. COHEN:  That works for us, your Honor.

6              THE COURT:  Excellent.

7              MR. COHEN:  Would that be in Brooklyn or here?

8              THE COURT:  No, it would be here, unless you all

9    want it to be in Brooklyn.

10             MR. TOPOROVSKY:  No, your Honor.

11             THE COURT:  Look, you spoke up.

12             MR. BIALE:  That's fine for us, your Honor, and

13   to the extent it's up for discussion we certainly do want

14   it to be in Brooklyn.

15             THE COURT:  I know.

16             MR. BIALE:  We would be happy to host our

17   friends from Central Islip out there.

18             THE COURT:  What does that mean, host them, put

19   them up in a lovely hotel?

20             MR. BIALE:  And it would be cheaper than putting

21   us all up.

22             THE COURT:  I did a criminal case that was a

23   Central Islip case once but it's really their call.  So

24   September 8th is our date.  I think it's realistic.

25             Now what I would like to know is to the extent

5

1    that you have thought about this, I'd like to have the

2    motions, whatever they are, come in in June so that we can

3    wrap them up before August.  Let me ask the defense.

4              Mr. Cohen, what would be a realistic date, to

5    the extent you are going to make motions, for you to

6    serve?

7              MR. COHEN:  June would be fine, your Honor.

8              THE COURT:  If I say June 13th, can you live

9    with that, Mr. Biale?

10              MR. BIALE:  Yes, your Honor.  That's fine.

11              THE COURT:  June 13th to serve.

12              How much time would you like, Mr. Toporovsky?

13              MR. TOPOROVSKY:  June 13th --

14              THE COURT:  They are going to serve you June

15    13th with their motions.

16              MR. TOPOROVSKY:  30 days or less.

17              THE COURT:  Let's say July 11th.

18              And then a reply by July 18th.  I'm going to

19    adjust it.  We are going to say June 6th.  And I'm going

20    to give you until June 27th for the government and then a

21    reply by July 7th.  I want to set a date in July for us to

22    deal with any hearings.  I'm going to set a tentative date

23    the week of July 21st of any hearings that we have to have

24    or argument on the motions so that we have a date.

25              THE CLERK:  July 23rd.

6

1          THE COURT:  So the 23rd at what time?

2          THE CLERK:  10 a.m.

3          THE COURT:  July 23rd 10 a.m. is our schedule

4    for either argument or hearing on the motions depending on

5    what they are.

6          What else do we need to discuss today,

7    Mr. Toporovsky?

8          MR. TOPOROVSKY:  The bond forfeiture, your

9    Honor.

10         I think you were going to schedule a briefing

11   for that.

12         THE COURT:  I will issue an order later today

13   with a schedule for that because I want to see how it fits

14   in to the rest of the schedule.

15         You will get an order.

16         MR. TOPOROVSKY:  Thank you.

17         MR. COHEN:  Your Honor, I wonder if it would be

18   possible to defer that because if there is a conviction at

19   trial that will dispose of the issue.

20         THE COURT:  I'm thinking about that.

21         MR. COHEN:  Okay.

22         THE COURT:  And I already was.  That's why I'm

23   going to issue a separate order on that issue.

24         Yes.

25         MR. BIALE:  Just a clarification, your Honor.

7

1   The schedule we just talked about I assume is for pretrial

2   motions and the court --

3           THE COURT:  Yes, and I'll set another schedule

4   for in limine.

5           MR. BIALE:  That's fine, your Honor.

6           I wanted to see if the government can advise

7   whether they expect any additional discovery to come

8   between now and when those pretrial motions are filed.

9           MR. TOPOROVSKY:  We definitely sent out the

10  discovery that I am aware of.

11          We are obviously continuing to investigate and

12  if we come across something in our files we didn't send

13  out we will send it out.

14          THE COURT:  To the extent you are able to say

15  you have basically turned over all of the discovery on the

16  superseding indictment?

17          MR. TOPOROVSKY:  Your Honor, the superseding

18  indictment discovery was turned over in October and the

19  affidavit, Agent Ianuzzi's affidavit that describes all

20  the conduct that is basically charged in the superseding

21  indictment that was on, I think, September 11th.

22          So the defense has been aware of this conduct

23  for a very long time.

24          THE COURT:  And based on where we are today and

25  what you know do you anticipate whether there is going to

8

1   be any additional large tranche of discovery?

2           MR. TOPOROVSKY:  I am not aware of that, your

3   Honor.

4           I will say that defendant Adam Kaplan is at the

5   MDC.  He is constantly making calls to people.  We will

6   turn over that even though that's technically his

7   statements.

8           THE COURT:  That will be a rolling discovery.

9           MR. TOPOROVSKY:  We will send it out but right

10  now I don't have any intention of sending it out but it's

11  his own statements.

12          THE COURT:  That makes me think we should

13  accelerate this motion schedule if it's basically done.

14          MR. TOPOROVSKY:  Your Honor, I was going to say

15  if it's possible we would like to accelerate the trial

16  date.

17          THE COURT:  I can't because I'm doing a criminal

18  trial in Brooklyn and it's older than your case in July.

19          MR. TOPOROVSKY:  All I was going to say, your

20  Honor, was at the last conference the defendant Adam

21  Kaplan's counsel refused to waive speedy trial.  They

22  challenged the complex case designation and they had all

23  the information of the superseding indictment outside of

24  the literal charges since, I think, October.

25          So for us we thought why do they need so much

9

1    time.

2            THE COURT:  He just asked for an adjournment of

3    the trial, Mr. Cohen.

4            MR. TOPOROVSKY:  I understand, your Honor,

5    and --

6            THE COURT:  I assume he's going to waive speedy

7    trial.

8            MR. COHEN:  Yes, your Honor.

9            MR. TOPOROVSKY:  Okay.

10           THE COURT:  I'm sorry to keep moving this.

11           This is not a moving target.

12           MR. COHEN:  Your Honor, if I just may.

13           THE COURT:  You can stay seated.

14           MR. COHEN:  Okay.

15           THE COURT:  Just speak into the microphone.

16           MR. COHEN:  We have obviously not been through

17    all of the discovery.

18           We don't know if it's complete or not.  We may

19    be asking your Honor to approve certain defense subpoenas.

20    So our suggestion would be to hold the schedule your Honor

21    just set to give us time to see if there are discovery

22    issues that we can sort before.

23           THE COURT:  I'm going to advance it a month

24    because it's March.  There is plenty of time and I'd

25    rather have it all completed because then I know there

10

1   will be motions in limine.

2          So --

3          MR. BIALE:  Your Honor, I think we have written

4   to the government and asked for some information.  That

5   was just a recent missive.  We haven't gotten a response

6   yet but I think to the extent the government can respond

7   to the inquiry we have made that will resolve a

8   significant portion of our motion which is in the vein of

9   a bill of particulars.  I'm hoping we can take that issue

10  off of the court's plate.

11         And I think, certainly as to us, as to Daniel

12  Kaplan, we would then be in a position to file motions on

13  an accelerated deadline but that would take a significant

14  piece of it out of this for us.

15         THE COURT:  I'm going to assume that either the

16  government will respond in a way that resolves all this

17  or, if not, I'll get involved but I'm still accelerating

18  all of this.

19         May 16th for defense motions, June 6 for

20  government response, June 13th and, Lauren, give us a

21  third week or fourth week in June date.

22         THE CLERK:  June 18th at 10:30.

23         THE COURT:  June 18th at 10:30.

24         That gives me a little more comfort about those

25  motions and motions in limine, if any, that we can deal

11

1   with before August.  Anything else?  So in terms of that,

2   given that we have the trial date of September 8th,

3   Mr. Cohen, you are agreeable to waiving speedy trial?

4              MR. COHEN:  Yes, your Honor.

5              THE COURT:  And, Mr. Tremonte?

6              MR. TREMONTE:  Yes, your Honor.

7              THE COURT:  What else do we need to discuss?

8              MR. TOPOROVSKY:  There is nothing else from the

9   government, your Honor.

10              THE COURT:  I think we have to deal with some

11   medical issues.

12              MR. COHEN:  Well, actually, your Honor, we'd

13   like to be able to come back to your Honor on that.

14              We are trying to --

15              THE COURT:  Fine.

16              I was going to say some people can leave that

17   don't have to deal with them but if you are not prepared

18   to deal with them today I'll deal with them at your

19   convenience.

20              MR. COHEN:  Right.

21              THE COURT:  I am here.

22              I have reviewed a lot of the medical history at

23   the MDC and I urge you to try to resolve them.  But, if

24   not, I am here, as I said before.

25              MR. COHEN:  That's what we are trying to do,

12

1    your Honor.

2            We want to make sure our client has the care he

3    needs.  Rather than spending today debating what MDC codes

4    mean, let us try to sort it and come back to you.

5            THE COURT:  Okay.

6            MR. COHEN:  I think there are two housekeeping

7    items, your Honor, not for the court to deal with today

8    but just to raise with the court.

9            As we understand it, there is an outstanding

10   subpoena that the court approved to Tristate, which was a

11   loan company that made certain loans to the clients in

12   this case.  We wanted to update the court.  As I

13   understand it, we have gotten a partial production from

14   them.  We are seeking to get the remaining production.  If

15   there is any issue, we will come back to the court on it.

16           THE COURT:  Okay.

17           MR. COHEN:  And the other issue, your Honor, as

18   I understand it, there was a motion to compel made of IHT

19   which I believe is the financial services firm number one

20   referred to in the indictment and that, as I understand

21   it, was fully briefed as of September 3, 2024 at ECF

22   number 100.

23           THE COURT:  Yes.

24           MR. COHEN:  So at an appropriate time we just

25   ask the court to set a hearing if the court needs it.

13

1        THE COURT:  I need to go back and look at that

2    because at this point it's been some time.

3        Mr. Toporovsky, IHT fully briefed?

4        MR. TOPOROVSKY:  I don't think that --

5        THE COURT:  Is it your subpoena?

6        MR. TOPOROVSKY:  It was ours.  I think the

7    briefing is between the defense and IHT.

8        THE COURT:  You are not looking at this.

9        MR. TOPOROVSKY:  No.

10       THE COURT:  I'll look at it.

11       Anything else?

12       MR. TOPOROVSKY:  The only thing, your Honor, is

13   for the record all of the plea agreements that were

14   extended to the defendants have expired at this point.

15       THE COURT:  Mr. Tremonte, Mr. Biale, anything

16   else?

17       MR. BIALE:  Nothing, your Honor.

18       THE COURT:  Thank you.

19       I will exclude time between today and the new

20   trial date, September 8th.  The motion schedule is set and

21   I don't expect it will be adjusted and I will consider how

22   to proceed on the forfeiture.

23       MR. TOPOROVSKY:  Thank you, your Honor.

24       THE COURT:  And I'll issue an order.

25       MR. COHEN:  Thank you, your Honor.

14

1            MR. COHEN:  Thank you, your Honor.

2            THE COURT:  Good to see everyone.

3            (The matter concluded.)

## 1

**10** [3] - 1:6, 6:2, 6:3
**100** [4] - 1:13, 1:17, 1:23, 12:22
**10004** [1] - 1:21
**10017** [1] - 1:18
**10:30** [2] - 10:22, 10:23
**11722** [2] - 1:14, 1:24
**11th** [2] - 5:17, 7:21
**13th** [5] - 5:8, 5:11, 5:13, 5:15, 10:20
**16th** [1] - 10:19
**18th** [3] - 5:18, 10:22, 10:23

## 2

**2024** [1] - 12:21
**2025** [1] - 1:6
**21st** [1] - 5:23
**23-293** [1] - 2:1
**23-cr-293** [1] - 1:3
**23rd** [3] - 5:25, 6:1, 6:3
**27th** [1] - 5:20

## 3

**3** [1] - 12:21
**30** [1] - 5:16

## 5

**5** [1] - 1:6
**570** [1] - 1:23
**5th** [2] - 3:11, 3:22

## 6

**6** [1] - 10:19
**631** [1] - 1:23
**6th** [1] - 5:19

## 7

**712-6106** [1] - 1:23
**7th** [1] - 5:21

## 8

**8th** [4] - 4:4, 4:24, 11:2, 13:20

## 9

**90** [1] - 1:21

## A

**a.m** [3] - 1:6, 6:2, 6:3
**able** [2] - 7:14, 11:13
**accelerate** [2] - 8:13, 8:15
**accelerated** [1] - 10:13
**accelerating** [1] - 10:17

**ADAM** [2] - 1:5, 1:12
**Adam** [5] - 2:2, 2:6, 2:11, 8:4, 8:20
**additional** [2] - 7:7, 8:1
**adjournment** [2] - 3:15, 9:2
**adjust** [1] - 5:19
**adjusted** [1] - 13:21
**advance** [1] - 9:23
**advise** [1] - 7:6
**affidavit** [2] - 7:19
**agenda** [1] - 3:8
**Agent** [1] - 7:19
**agreeable** [1] - 11:3
**agreements** [1] - 13:13
**America** [1] - 2:2
**AMERICA** [1] - 1:3
**anticipate** [1] - 7:25
**APPEARANCES** [1] - 1:10
**appearances** [1] - 2:3
**appropriate** [1] - 12:24
**approve** [1] - 9:19
**approved** [1] - 12:10
**argument** [3] - 3:18, 5:24, 6:4
**arraigned** [1] - 2:18
**assume** [4] - 3:16, 7:1, 9:6, 10:15
**ATTORNEY** [1] - 1:12
**August** [2] - 5:3, 11:1
**AUSA** [2] - 1:12, 1:13
**Avenue** [1] - 1:17
**aware** [3] - 7:10, 7:22, 8:2
**AZRACK** [1] - 1:8

## B

**based** [1] - 7:24
**BEFORE** [1] - 1:8
**between** [3] - 7:8, 13:7, 13:19
**BIALE** [11] - 1:19, 2:13, 3:3, 4:12, 4:16, 4:20, 5:10, 6:25, 7:5, 10:3, 13:17
**Biale** [4] - 2:14, 3:2, 5:9, 13:15
**bill** [1] - 10:9
**BLUMENTHAL** [1] - 1:20
**Blumenthal** [1] - 2:14
**bond** [1] - 6:8
**briefed** [2] - 12:21, 13:3
**briefing** [2] - 6:10, 13:7
**Broad** [1] - 1:21
**Brooklyn** [5] - 4:2, 4:7, 4:9, 4:14, 8:18
**BUCK** [1] - 1:20
**Buck** [1] - 2:14
**business** [1] - 2:17
**busy** [1] - 3:24
**BY** [1] - 1:12

## C

**care** [1] - 12:2
**case** [6] - 2:1, 4:22, 4:23, 8:18, 8:22, 12:12
**CAT** [1] - 1:25
**Central** [5] - 1:5, 1:14, 1:24, 4:17, 4:23
**certain** [2] - 9:19, 12:11
**certainly** [2] - 4:13, 10:11
**challenged** [1] - 8:22
**charged** [1] - 7:20
**charges** [1] - 8:24
**chase** [1] - 3:13
**cheaper** [1] - 4:20
**CLAIRE** [1] - 1:19
**Claire** [1] - 2:14
**clarification** [1] - 6:25
**CLERK** [4] - 2:1, 5:25, 6:2, 10:22
**client** [2] - 2:20, 12:2
**clients** [1] - 12:11
**codes** [1] - 12:3
**cohen** [1] - 2:12
**COHEN** [24] - 1:15, 2:9, 2:21, 2:23, 3:1, 3:18, 4:5, 4:7, 5:7, 6:17, 6:21, 9:8, 9:12, 9:14, 9:16, 11:4, 11:12, 11:20, 11:25, 12:6, 12:17, 12:24, 13:25, 14:1
**Cohen** [6] - 1:17, 2:10, 2:19, 5:4, 9:3, 11:3
**comfort** [1] - 10:24
**company** [1] - 12:11
**compel** [1] - 12:18
**complete** [1] - 9:18
**completed** [1] - 9:25
**complex** [1] - 8:22
**concluded** [1] - 14:3
**conduct** [2] - 7:20, 7:22
**CONFERENCE** [1] - 1:8
**conference** [1] - 8:20
**consider** [1] - 13:21
**constantly** [1] - 8:5
**continuing** [1] - 7:11
**convenience** [1] - 11:19
**conviction** [1] - 6:18
**counsel** [2] - 2:3, 8:21
**COURT** [57] - 1:1, 1:9, 2:8, 2:12, 2:16, 2:22, 2:24, 3:2, 3:6, 3:11, 3:16, 3:20, 4:6, 4:8, 4:11, 4:15, 4:18, 4:22, 5:8, 5:11, 5:14, 5:17, 6:1, 6:3, 6:12, 6:20, 6:22, 7:3, 7:14, 7:24, 8:8, 8:12, 8:17, 9:2, 9:6, 9:10, 9:13, 9:15, 9:23, 10:15, 10:23, 11:5, 11:7, 11:10, 11:15, 11:21, 12:5, 12:16, 12:23, 13:1, 13:5, 13:8, 13:10, 13:15,

13:18, 13:24, 14:2
**Court** [1] - 1:23
**court** [8] - 7:2, 12:7, 12:8, 12:10, 12:12, 12:15, 12:25
**court's** [1] - 10:10
**Courthouse** [1] - 1:4
**criminal** [4] - 2:1, 4:2, 4:22, 8:17
**cut** [1] - 3:12

## D

**DANIEL** [1] - 1:5
**Daniel** [3] - 2:2, 2:15, 10:11
**date** [12] - 3:8, 3:23, 3:25, 4:24, 5:4, 5:21, 5:22, 5:24, 8:16, 10:21, 11:2, 13:20
**days** [1] - 5:16
**deadline** [1] - 10:13
**deal** [7] - 5:22, 10:25, 11:10, 11:17, 11:18, 12:7
**DEAN** [1] - 1:16
**Dean** [1] - 2:10
**debating** [1] - 12:3
**defendant** [3] - 2:11, 8:4, 8:20
**defendants** [3] - 2:18, 3:15, 13:14
**Defendants** [2] - 1:6, 1:15
**defense** [5] - 5:3, 7:22, 9:19, 10:19, 13:7
**defer** [1] - 6:18
**definitely** [1] - 7:9
**Deft** [2] - 1:16, 1:19
**describes** [1] - 7:19
**designation** [1] - 8:22
**DICK** [1] - 1:16
**Dick** [1] - 2:10
**discovery** [8] - 7:7, 7:10, 7:15, 7:18, 8:1, 8:8, 9:17, 9:21
**discuss** [3] - 3:7, 6:6, 11:7
**discussion** [1] - 4:13
**dispose** [1] - 6:19
**DISTRICT** [3] - 1:1, 1:1, 1:9
**done** [1] - 8:13
**down** [1] - 3:24
**DREW** [1] - 1:16
**Drew** [1] - 2:10
**DURHAM** [1] - 1:11

## E

**early** [1] - 4:2
**EASTERN** [1] - 1:1
**ECF** [1] - 12:21
**either** [2] - 6:4, 10:15
**enter** [1] - 2:24
**ESQ** [7] - 1:11, 1:15, 1:16, 1:16, 1:19, 1:19, 1:20

**eternal** [1] - 3:17
**excellent** [1] - 4:6
**exclude** [1] - 13:19
**expect** [2] - 7:7, 13:21
**expired** [1] - 13:14
**extended** [1] - 13:14
**extent** [5] - 4:13, 4:25, 5:5, 7:14, 10:6

## F

**FCRR** [1] - 1:23
**Federal** [2] - 1:13, 1:23
**file** [1] - 10:12
**filed** [1] - 7:8
**files** [1] - 7:12
**financial** [1] - 12:19
**fine** [5] - 4:12, 5:7, 5:10, 7:5, 11:15
**firm** [1] - 12:19
**first** [1] - 2:17
**fits** [1] - 6:13
**folks** [1] - 4:1
**forfeiture** [2] - 6:8, 13:22
**formal** [1] - 2:22
**fourth** [1] - 10:21
**friends** [1] - 4:17
**fully** [2] - 12:21, 13:3

## G

**GALE** [1] - 1:16
**Gale** [1] - 2:10
**given** [1] - 11:2
**Government** [1] - 1:11
**government** [7] - 5:20, 7:6, 10:4, 10:6, 10:16, 10:20, 11:9
**Gresser** [1] - 1:17
**guilty** [2] - 3:1, 3:5

## H

**happy** [1] - 4:16
**hear** [1] - 3:18
**hearing** [2] - 6:4, 12:25
**hearings** [2] - 5:22, 5:23
**history** [1] - 11:22
**hold** [1] - 9:20
**Honor** [39] - 2:5, 2:9, 2:13, 2:21, 3:1, 3:3, 3:10, 4:5, 4:10, 4:12, 5:7, 5:10, 6:9, 6:17, 6:25, 7:5, 7:17, 8:3, 8:14, 8:20, 9:4, 9:8, 9:12, 9:19, 9:20, 10:3, 11:4, 11:6, 11:9, 11:12, 11:13, 12:1, 12:7, 12:17, 13:12, 13:17, 13:23, 13:25, 14:1
**HONORABLE** [1] - 1:8
**hope** [1] - 3:16
**hoping** [1] - 10:9

**host** [2] - 4:16, 4:18
**hotel** [1] - 4:19
**housekeeping** [1] - 12:6

## I

**Ianuzzi's** [1] - 7:19
**IHT** [3] - 12:18, 13:3, 13:7
**indictment** [7] - 2:19, 2:20, 7:16, 7:18, 7:21, 8:23, 12:20
**information** [2] - 8:23, 10:4
**inquiry** [1] - 10:7
**intention** [1] - 8:10
**INTERIM** [1] - 1:12
**investigate** [1] - 7:11
**involved** [1] - 10:17
**Islip** [5] - 1:5, 1:14, 1:24, 4:17, 4:23
**issue** [8] - 6:12, 6:19, 6:23, 10:9, 12:15, 12:17, 13:24
**issues** [2] - 9:22, 11:11
**items** [1] - 12:7

## J

**JMA** [1] - 1:4
**JOAN** [1] - 1:8
**JOHN** [1] - 1:11
**Judge** [1] - 3:19
**JUDGE** [1] - 1:9
**July** [9] - 4:2, 5:17, 5:18, 5:21, 5:23, 5:25, 6:3, 8:18
**June** [13] - 5:2, 5:7, 5:8, 5:11, 5:13, 5:14, 5:19, 5:20, 10:19, 10:20, 10:21, 10:22, 10:23

## K

**KAPLAN** [2] - 1:5
**Kaplan** [7] - 1:16, 1:19, 2:2, 2:11, 2:15, 8:4, 10:12
**Kaplan's** [1] - 8:21
**keep** [1] - 9:10

## L

**large** [1] - 8:1
**last** [1] - 8:20
**Lauren** [1] - 10:20
**leave** [1] - 11:16
**less** [2] - 5:16
**limine** [5] - 7:4, 10:1, 10:25
**literal** [1] - 8:24
**live** [1] - 5:8
**LLP** [1] - 1:20
**loan** [1] - 12:11
**loans** [1] - 12:11
**Lombardi** [1] - 1:23
**look** [3] - 4:11, 13:1, 13:10

**looking** [1] - 13:8
**lovely** [1] - 4:19

## M

**March** [2] - 1:6, 9:24
**mark** [1] - 2:10
**MARK** [1] - 1:15
**matter** [3] - 2:17, 3:7, 14:3
**MDC** [3] - 8:5, 11:23, 12:3
**mean** [2] - 4:18, 12:4
**mechanical** [1] - 1:24
**medical** [2] - 11:11, 11:22
**Michael** [1] - 2:14
**MICHAEL** [1] - 1:19
**microphone** [1] - 9:15
**might** [1] - 3:21
**mind** [3] - 3:21, 4:1, 4:4
**missive** [1] - 10:5
**month** [1] - 9:23
**morning** [6] - 2:5, 2:8, 2:9, 2:12, 2:13, 2:16
**motion** [5] - 3:25, 8:13, 10:8, 12:18, 13:20
**motions** [12] - 5:2, 5:5, 5:15, 5:24, 6:4, 7:2, 7:8, 10:1, 10:12, 10:19, 10:25
**moving** [2] - 9:10, 9:11
**MR** [56] - 2:5, 2:9, 2:13, 2:21, 2:23, 3:1, 3:3, 3:10, 3:14, 3:18, 4:5, 4:7, 4:10, 4:12, 4:16, 4:20, 5:7, 5:10, 5:13, 6:9, 6:18, 6:16, 6:17, 6:21, 6:25, 7:5, 7:9, 7:17, 8:2, 8:9, 8:14, 8:19, 9:4, 9:8, 9:9, 9:12, 9:14, 9:16, 10:3, 11:4, 11:6, 11:8, 11:12, 11:20, 11:25, 12:6, 12:17, 12:24, 13:4, 13:6, 13:9, 13:12, 13:17, 13:23, 13:25, 14:1

## N

**need** [6] - 3:7, 3:23, 6:6, 8:25, 11:7, 13:1
**needs** [2] - 12:3, 12:25
**new** [1] - 13:19
**NEW** [1] - 1:1
**New** [5] - 1:5, 1:14, 1:18, 1:21, 1:24
**next** [2] - 3:7, 3:8
**NOAM** [1] - 1:19
**Noam** [1] - 2:14
**nothing** [2] - 11:8, 13:17
**number** [2] - 12:19, 12:22
**NY** [2] - 1:18, 1:21

## O

**obviously** [3] - 3:25, 7:11,

9:16
**October** [2] - 7:18, 8:24
**OF** [3] - 1:1, 1:3, 1:8
**Official** [1] - 1:23
**older** [1] - 8:18
**once** [1] - 4:23
**one** [1] - 12:19
**order** [4] - 6:12, 6:15, 6:23, 13:24
**outside** [1] - 8:23
**outstanding** [1] - 12:9
**own** [1] - 8:11

## P

**Park** [1] - 1:17
**partial** [1] - 12:13
**particulars** [1] - 10:9
**Paul** [1] - 1:23
**people** [2] - 8:5, 11:16
**Ph** [1] - 1:23
**piece** [1] - 10:14
**pin** [1] - 3:23
**plate** [1] - 10:10
**Plaza** [2] - 1:13, 1:20
**plea** [3] - 2:24, 3:4, 13:13
**plenty** [1] - 9:24
**point** [2] - 13:2, 13:14
**portion** [1] - 10:8
**position** [1] - 10:12
**possible** [2] - 6:18, 8:15
**prepared** [2] - 3:22, 11:17
**pretrial** [2] - 7:1, 7:8
**proceed** [1] - 13:22
**Proceedings** [1] - 1:24
**produced** [1] - 1:25
**production** [2] - 12:13, 12:14
**put** [1] - 4:18
**putting** [1] - 4:20

## R

**raise** [1] - 12:8
**rather** [2] - 9:25, 12:3
**reading** [2] - 2:22, 3:4
**realistic** [4] - 3:8, 3:12, 4:24, 5:4
**really** [1] - 4:23
**REBECCA** [1] - 1:13
**Rebecca** [1] - 2:6
**recent** [1] - 10:5
**record** [2] - 2:4, 13:13
**recorded** [1] - 1:24
**referred** [1] - 12:20
**refused** [1] - 8:21
**remaining** [1] - 12:14
**reply** [2] - 5:18, 5:21
**Reporter** [1] - 1:23
**resolve** [2] - 10:7, 11:23
**resolves** [1] - 10:16

**respond** [2] - 10:16, 10:16
**response** [2] - 10:5, 10:20
**rest** [1] - 6:14
**reviewed** [3] - 2:19, 3:4, 11:22
**RMR** [1] - 1:23
**rolling** [1] - 8:8

## S

**schedule** [9] - 6:3, 6:10, 6:13, 6:14, 7:1, 7:3, 8:13, 9:20, 13:20
**schedules** [1] - 3:24
**seated** [1] - 9:13
**see** [4] - 6:13, 7:6, 9:21, 14:2
**seeking** [1] - 12:14
**send** [3] - 7:12, 7:13, 8:9
**sending** [1] - 8:10
**sent** [1] - 7:9
**separate** [1] - 6:23
**September** [6] - 4:4, 4:24, 7:21, 11:2, 12:21, 13:20
**serve** [3] - 5:6, 5:11, 5:14
**services** [1] - 12:19
**set** [9] - 3:11, 3:23, 3:24, 5:21, 5:22, 7:3, 9:21, 12:25, 13:20
**Sher** [1] - 1:20
**significant** [2] - 10:8, 10:13
**sorry** [1] - 9:10
**sort** [2] - 9:22, 12:4
**speedy** [3] - 8:21, 9:6, 11:3
**spending** [1] - 12:3
**springs** [1] - 3:16
**state** [1] - 2:3
**statements** [2] - 8:7, 8:11
**STATES** [4] - 1:1, 1:3, 1:9, 1:12
**States** [3] - 1:4, 2:2, 2:7
**STATUS** [1] - 1:8
**statuses** [1] - 3:25
**stay** [1] - 9:13
**stenography** [1] - 1:24
**still** [1] - 10:17
**Street** [1] - 1:21
**subpoena** [2] - 12:10, 13:5
**subpoenas** [1] - 9:19
**suggestion** [1] - 9:20
**Suite** [1] - 1:23
**superseding** [6] - 2:18, 2:19, 7:16, 7:17, 7:20, 8:23

## T

**target** [1] - 9:11
**technically** [1] - 8:6
**tentative** [1] - 5:22
**terms** [1] - 11:1
**THE** [60] - 1:8, 2:1, 2:8, 2:12,

2:16, 2:22, 2:24, 3:2, 3:6, 3:11, 3:16, 3:20, 4:6, 4:8, 4:11, 4:15, 4:18, 4:22, 5:8, 5:11, 5:14, 5:17, 5:25, 6:1, 6:2, 6:3, 6:12, 6:20, 6:22, 7:3, 7:14, 7:24, 8:8, 8:12, 8:17, 9:2, 9:6, 9:10, 9:13, 9:15, 9:23, 10:15, 10:22, 10:23, 11:5, 11:7, 11:10, 11:15, 11:21, 12:5, 12:16, 12:23, 13:1, 13:5, 13:8, 13:10, 13:15, 13:18, 13:24, 14:2
**thinking** [2] - 3:21, 6:20
**third** [1] - 10:21
**today** [8] - 3:23, 6:6, 6:12, 7:24, 11:18, 12:3, 12:7, 13:19
**toporovsky** [1] - 5:12
**Toporovsky** [4] - 2:6, 3:9, 6:7, 13:3
**TOPOROVSKY** [23] - 1:12, 2:5, 3:10, 3:14, 4:10, 5:13, 5:16, 6:8, 6:16, 7:9, 7:17, 8:2, 8:9, 8:14, 8:19, 9:4, 9:9, 11:8, 13:4, 13:6, 13:9, 13:12, 13:23
**tranche** [1] - 8:1
**TRANSCRIPT** [1] - 1:8
**Transcript** [1] - 1:25
**tremonte** [1] - 13:15
**TREMONTE** [2] - 1:19, 11:6
**Tremonte** [3] - 1:20, 2:15, 11:5
**trial** [13] - 3:8, 3:22, 3:23, 4:2, 6:19, 8:15, 8:18, 8:21, 9:3, 9:7, 11:2, 11:3, 13:20
**Tristate** [1] - 12:10
**try** [2] - 11:23, 12:4
**trying** [2] - 11:14, 11:25
**turn** [1] - 8:6
**turned** [2] - 7:15, 7:18
**two** [1] - 12:6

## U

**UNITED** [4] - 1:1, 1:3, 1:9, 1:12
**United** [3] - 1:4, 2:1, 2:7
**unless** [1] - 4:8
**up** [5] - 4:11, 4:13, 4:19, 4:21, 5:3
**update** [1] - 12:12
**urge** [1] - 11:23
**Urquiola** [1] - 2:6
**URQUIOLA** [1] - 1:13

## V

**vein** [1] - 10:8
**versus** [1] - 2:2

## W

**waive** [4] - 2:22, 3:4, 8:21, 9:6
**waiving** [1] - 11:3
**week** [3] - 5:23, 10:21
**wonder** [1] - 6:17
**works** [1] - 4:5
**wrap** [1] - 5:3
**written** [1] - 10:3

## Y

**YORK** [1] - 1:1
**York** [5] - 1:5, 1:14, 1:18, 1:21, 1:24