# Exhibit F

April 5, 2018



To: Merrill Lynch



This is a complaint letter against Merrill Lynch. Ever since my most trusted financial advisors, Adam Kaplan and Daniel Kaplan, left the firm, I have not been contacted in the slightest by any financial advisor of Merrill Lynch. No one at Merrill Lynch has communicated to me regarding my investment accounts. This gross negligence by Merrill Lynch has caused me serious financial harm and losses as Merrill Lynch ignored my investment accounts without care, advice, service, or attention during a period of extreme market volatility. I am a retired man who requires necessary and appropriate handling of retirement accounts that Merrill Lynch has outright disregarded in a most disgusting and horrific fashion. It is horrible that no financial advisor has even attempted to contact me in well over a month; not in April, not in March, and not in the second half of February. There has been no phone call, no voice message, no letter, no outreach pertaining to investable care towards me by Merrill Lynch.

The only dialogue that took place was with ▮▮▮▮ who in a most ludicrous style told me that "Adam Kaplan and Daniel Kaplan are hackers who were engaged in playing hanky panky with passwords including my own and as a result are no longer with the firm."

Merrill Lynch also locked me out from accessing my accounts when Merrill Lynch abruptly and without my prior knowledge or consent changed my password and then had the audacity to tell me that it was per my instructions. Such a remark is the most horrific lie.

I have incurred a myriad of financial losses and emotional distress as a result of Merrill Lynch's negligence towards my investment accounts. Merrill Lynch has ignored me as no financial advisor even bothered to attempt to reach me in well over a month. I am a retired man who finds himself in a stressful stringent position of having retirement accounts ignored by Merrill Lynch. Merrill Lynch has ignored its fiduciary responsibility towards me as its client who in good faith maintained accounts with the firm expecting reasonable service and suitable care.

Sincerely,



FOIA CONFIDENTIAL
TREATMENT REQUESTED BY
ADAM AND DANIEL KAPLAN

KAPLAN015378

EDNY_KAPLAN015378
EDNY_KAPLAN015378