**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

August 21, 2025

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:  *United States v. Adam Kaplan*, 23 Cr. 293 (JMA) (JMW)

Dear Judge Azrack:

On behalf of Adam Kaplan, and with the consent of the government and Daniel Kaplan, we write to respectfully request a two-week adjournment of the trial in this matter.  The trial is currently scheduled to begin on September 8, 2025 at 9:30 a.m; the adjournment, if granted, would move the start of trial to September 22, 2025.[1]

We respectfully submit that an adjournment is necessary for the following reasons.  *First*, an adjournment will enable the defense to review the very significant and growing volume of discovery material.  This includes a production made by the government yesterday evening consisting of over 12,000 Bates-stamped pages of material, 20 audio recordings, and 30 excel spreadsheets, in addition to several years' worth of unstamped bank statements.  Recently produced discovery also includes a forensic image of an additional cell phone, in addition to the very substantial productions of other 3500 and Rule 16 material in recent days and weeks.  An adjournment will give the defense a meaningful opportunity to review this material.

*Second*, a brief adjournment is necessary to enable the defense to obtain relevant information from subpoena recipients and to fill gaps in the discovery provided by the government.  As the Court is aware, the defense has issued several Rule 17(c) subpoenas in recent weeks.  These include several subpoenas that, pursuant to the Court's direction at the July 29, 2025 *ex parte* conference on nonparty discovery issues, were tailored based on information in the 3500 material.  We have also submitted additional, targeted Rule 17(c) subpoenas based on information contained in – or revealed to be missing by – the 3500 material.  We expect to receive returns on these subpoenas over the coming two to three weeks.  And we are continuing to receive returns from previously issued subpoenas.  In short, both the necessity for and timing of recent Rule 17(c) subpoenas has been largely driven by our review of the 3500 material.

---

[1] If the Court grants this request, we ask that the August 25, 2025 and September 4, 2025 deadlines set in the Court's July 23, 2025 scheduling order be adjusted accordingly.

The Honorable Joan M. Azrack
August 21, 2025
Page 2

*Third*, an adjournment is necessary in light of the constraints on Mr. Kaplan's ability to prepare for trial. These constraints are explained in detail in our prior submissions regarding Mr. Kaplan's application for temporary release, and we need not repeat them here. (*See* ECF Nos. 226, 232, 237.) By way of update, events in recent days further underscore the practical impediments to trial preparation in MDC. During a legal visit on August 16, 2025, while Mr. Kaplan was trying to use the air-gapped laptop that he was finally permitted to begin using on August 12, 2025, the laptop stopped working. We were forced to obtain a replacement laptop, which will need to be inspected and approved by the government before Mr. Kaplan can try to use it. That same visit illustrated how the practical realities of MDC can undermine the usefulness of legal visits. The mandatory inmate count was longer than usual and still underway when counsel arrived at MDC that morning, and counsel had to wait an additional hour after the count was completed, so they were not able to begin working with Mr. Kaplan until roughly 12:20 pm, leaving less than three hours for discovery review before the end of weekend visiting hours.

As noted, all parties consent to a two-week adjournment, such that the trial would begin on September 22, 2025. If the adjournment were granted, much of the trial would take place during the Jewish holidays in late September and early October. These include Rosh Hashanah and Yom Kippur as well as Sukkot, which will be observed from sunset on October 6 through sunset on October 13, followed by Shemini Atzeret (October 13-14), and Simchat Torah (October 14-15). Mr. Kaplan traditionally observes these holidays in full (as does Daniel Kaplan). It is also likely that potential jurors and witnesses may observe at least the full festival days (through sunset on October 8) or all of these holidays. For reference, below are the holidays that will or may fall within the period of the trial.

| | |
|---|---|
| Rosh Hashanah: | September 22, 2025 (sunset) – September 24, 2025 (sunset)[2] |
| Yom Kippur: | October 1, 2025 (sunset) – October 2, 2025 (sunset) |
| Sukkot - Simchat Torah | October 6, 2025 (sunset) – October 15, 2025 (sunset) |

To avoid interruptions and potential prejudice to Mr. Kaplan and observant jurors and witnesses due to lengthy breaks between trial days, the Court may wish to consider a slightly longer adjournment until October 16, 2025, after the end of the Jewish holidays.

The government does not consent to an adjournment longer than two weeks.

This is Mr. Kaplan's second request for an adjournment of the trial (the first was discussed in colloquy during the March 5, 2025 status conference). To our knowledge, this request does not affect any other scheduled deadline or court appearance on the part of the defense team.

---

[2] Rosh Hashanah is followed by a fast day known as the Fast of Gedalia, which is on September 25th.

2

The Honorable Joan M. Azrack
August 21, 2025
Page 3

### Conclusion

For the reasons stated above, we respectfully request a two-week adjournment of the start of trial until September 22, 2025, to which all parties consent. On behalf of Mr. Kaplan and with the consent of Daniel Kaplan, we respectfully ask the Court to consider an additional three-week adjournment until October 16, 2025.

Respectfully submitted,

/s/ Mark S. Cohen
Mark S. Cohen
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600
mcohen@cohengresser.com

cc: All counsel of record (via ECF)