# Exhibit G

# ECF No. 130 - Redacted



Eric M. Creizman
Partner
(212) 735-8640
ecreizman@morrisoncohen.com

*Via ECF* (**Filed Under Seal**),
with courtesy electronic copy
to the Court

November 18, 2024

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

**Re:**   *United States v. Kaplan, et al.*, 2:23-CR-293-JMA-JMW (E.D.N.Y.)

Dear Judge Azrack:

I represent Adam Kaplan in the above-referenced action.

Pursuant to Rule 49.1(d) and (f) of the Federal Rules of Criminal Procedure, I respectfully request that the Court permit the motion papers in support of Mr. Kaplan's for pretrial release on proposed conditions be kept filed on the public docket with redactions while the unredacted version of the filings be kept under seal.  The motion papers filed on the public docket are redacted for two reasons.  *First*, the motion papers reference certain of Mr. Kaplan's medical conditions.  *Second*, the motion papers discuss ████████████████████
████████████████████████████████████████████████

I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman

cc:   AUSAs Adam Toporovsky and Paul Scotti (by ECF and email)

   Michael Tremonte, Esq. (by email)

909 Third Avenue, New York, NY 10022-4784   •   p:212.735.8600   •   f:212.735.8708   •   www.morrisoncohen.com