CMM:PGS/AT/RMU
F. #2022R0047

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                         Case No. 23 CR 293 (S-1) (JMA)

ADAM KAPLAN and
DANIEL KAPLAN,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X


<u>THE GOVERNMENT'S STATEMENT OF THE CASE,
VOIR DIRE REQUESTS AND LIST OF NAMES AND PLACES</u>


JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11746


Adam R. Toporovsky
Paul G. Scotti
Rebecca M. Urquiola
Assistant U.S. Attorneys
    (Of Counsel)

## PROPOSED STATEMENT OF THE CASE

The defendants, Adam Kaplan and Daniel Kaplan, are former investment advisors who worked at a firm called IHT Wealth Management from May 29, 2018 to July 16, 2021. Each defendant is charged with defrauding and conspiring to defraud their investment advisory clients through material misrepresentations and omissions about fees, withdrawals from their clients' accounts, and lines of credit opened in their clients' names. Adam Kaplan and Daniel Kaplan have pleaded not guilty and are presumed innocent.

The government alleges that the defendants both told clients that the defendants would charge an annual fee of 1% or less for their services. The government alleges that in their roles as investment advisors, the defendants charged more than those clients agreed. Additionally, the government alleges that the defendants would steal funds straight from their clients' accounts and deposit the stolen funds in the defendants' own bank accounts. The government also alleges that the defendants altered checks given to them by their clients to steal additional funds. Lastly, the government alleges that the defendants would take out loans in their clients' names and withdraw funds from those lines of credit for themselves, all without client approval.

The government alleges that, in furtherance of this scheme, the defendants attempted to conceal their fraud through creating fake documents, forging their clients' signatures on fake contracts, and submitting those fake and forged documents to financial institutions. The government also alleges that both defendants made unlawful transactions with stolen client funds and conspired to continue their fraudulent scheme by using stolen client funds.

The government separately alleges that Adam Kaplan attempted to conceal his illegal actions by obstructing justice. The government alleges that Adam Kaplan attempted to threaten and physically harm witnesses and former clients, attempted to pay-off former clients so

that they would not testify, created additional fake documents, and attempted, and failed, to bribe law enforcement officials. The government alleges that Adam Kaplan attempted to commit these crimes with a co-conspirator who has pleaded guilty pursuant to a cooperation agreement. The government alleges that Adam Kaplan and that coconspirator also conspired to defraud additional individuals and conspired to defraud a financial institution.

In connection with these alleged crimes, Adam Kaplan and Daniel Kaplan are charged in a 21-count superseding indictment. Adam Kaplan and Daniel Kaplan are both charged in Counts One through 17 with conspiracy to commit wire fraud and money laundering, ten counts of wire fraud, three counts of money laundering, and investment advisor fraud. Adam Kaplan alone, not Daniel Kaplan, is separately and additionally charged with another count of conspiracy to commit wire fraud, conspiracy to commit bank fraud, and two counts of attempted obstruction of justice

## PROPOSED VOIR DIRE REQUESTS

In addition to any questions the Court wishes to ask, the government respectfully requests that the Court include the following questions in its examination of prospective jurors. The government reserves the right to submit additional voir dire questions prior to jury selection.

### Ability to Serve

1.     This trial is scheduled to begin September 22, 2025 and is expected to last approximately 4-6 weeks. Is there an important reason why you would be unable to serve on a jury for this period of time? For example, does anyone have a pre-paid vacation or work travel scheduled, or a religious obligation, during the time of the trial that would make it impossible for them to sit as a juror in this case?

2.     Do you have any difficulty with your eyesight or hearing?

3.      Do you have any difficulty understanding or reading the English language?

4.      Does anyone have anyone have any other hardship that would make it difficult for them to sit as a juror in this case (such as childcare or care for an elderly relative)?

**Prior Knowledge of the Case**

5.      Do you have any knowledge about this case?  Have you seen, read or heard anything about this case?  If so, have you formed an opinion about the case?  If so, what is your opinion?  Could you completely ignore that opinion if you were a juror in this case?

6.      Is there anything about this case that cause you to favor one side over the other?

7.      Do you have any knowledge about the parties or the case that might influence you in deciding the case?

**Personal Beliefs**

8.      Do you have any sympathies, biases or prejudices against members of racial, ethnic, national or religious groups that would make it difficult for you to be fair and impartial?

9.      Would you be able to set aside any sympathies or biases you may have for any of the parties in reaching a verdict?

10.      Is there any reason you would have difficulty passing judgment on another person?

11.      It is not a particularly pleasant duty to find another individual guilty of committing a crime.   Is there any juror who feels that, even if the evidence established a defendant's guilt beyond a reasonable doubt, he or she might not be able to render a guilty verdict for any reason, including reasons unrelated to the law and the evidence?

12.    Is there any reason you would expect the defendant to put on a defense and hold it against him if he did not?

13.    Are you able to view the defendants in this case separately and assess their guilt or innocence independent of each other?

14.    Will you be able to accept the proposition that the question of punishment is for the Court alone to decide and that the possible punishment must not enter into the deliberations of the jurors as to whether a defendant on trial is guilty?

15.    Is there any juror who would have trouble following the Judge's instructions on the law and apply the law, even if you disagree with it?

16.    Do you have any feelings, beliefs or opinions regarding criminal defense lawyers and their role withing the criminal justice system that would affect your ability to be fair and impartial in this case?

17.    Do you have any feelings, beliefs or opinions regarding prosecutors and their role withing the criminal justice system that would affect your ability to be fair and impartial in this case?

18.    During the course of this trial, you will hear testimony from witnesses with all sorts of backgrounds.  They are all equal before the law, and you must judge the credibility of each on the basis of his or her own testimony, not on any assumptions about them based on who they are or what they do.  Is there anyone who would have any difficulty applying that rule?

**Law Enforcement**

19.    This case involves an investigation by federal law enforcement authorities, including the Federal Bureau of Investigation ("FBI") and the United States Attorney's Office for the Eastern District of New York.  Have you or anyone you know had any experience with the FBI

or the U.S. Attorney's Office?  If so, please describe the nature of that experience and whether you considered it positive or negative. Would that affect your ability to be fair and impartial in this case?

20.     Do you know or have any association—professional, business, or social, directly or indirectly—with any employee of the FBI or the U.S. Attorney's Office?

21.     You will hear testimony during the trial from members of law enforcement. Because a witness may be a government employee or member of law enforcement does not mean that his or her testimony is entitled to any greater weight by reason of his or her employment. By the same token, his or her testimony is not entitled to lesser consideration simply because he or she is a government employee. You should consider the testimony of members of law enforcement just as you would consider any other evidence in the case and evaluate their testimony just as you would any other witness. Would you be able to follow this instruction?

22.     Have you or anyone close to you had any other experience with law enforcement that might affect your ability to be fair and impartial?

**A Defendant's Testimony**

23.     Under the law, an individual who is accused of a crime has an absolute right not to testify, and a juror cannot hold it against a defendant if he chooses not to testify.  If the defendants choose not to testify, could you follow an instruction from the Court that you cannot attach any significance to the fact that they did not testify?

24.     Conversely, if one or both of the defendants choose to testify, can you evaluate his testimony as you would the testimony of any other witness?

**Finance and Investment Experience**

25.    During this trial, you will hear about investments and interactions between investment advisors and their clients.  Do you have any knowledge or experience with financial investments and/or financial advisors?

26.    Have you or anyone close to you ever been the victim of fraud related to an investment you or they made?

27.    Have you or anyone close to you ever worked in the financial industry? If yes, for what company and which position did you or they hold?  If yes, have you or that person ever been subject of a complaint or investigation in connection with their work in the financial industry?  If so, please provide the nature and result of that complaint or investigation.

28.    Do you have any feelings, beliefs or opinions regarding investment advisor/financial consultant/insurance salesmen that would affect your ability to be fair and impartial in this case?

**Type of Offense**

29.    You will hear evidence concerning alleged conspiracies to commit wire fraud and money laundering.  Does the fact that the charges involve wire fraud and money laundering affect your ability to render a fair and impartial verdict in this case?

30.    Have you or anyone close to you been the victim of or a target of any sort of fraudulent financial scheme? Is there anything about that experience that would affect your ability to be a fair and impartial juror in this case?

**Individuals Who Have Entered into Agreements with the Government**

31.    You may hear testimony from a witness who has pleaded guilty to one or more crimes and has entered into an agreement with the government to testify. The government

has agreed to bring the witness's cooperation to the attention of the sentencing judge by writing a letter. Based on that letter, the judge might impose a sentence on the cooperating witness that is less than he would otherwise have received.  The government is permitted to enter into these kinds of agreements.  The jury may take the terms of such agreements into account, together with the other factors that bear on the issue of credibility, in evaluating the witness's testimony.  Is there anyone here who has any strong opinions about such agreements or about the testimony of such a witness? Is there anything about the fact that a witness may testify pursuant to such an agreement that would prevent you from being a fair and impartial juror in this case? Will you be able to follow the Court's instructions about how to evaluate the credibility of such a witness?

**Prior Jury Service**

32.    Have you ever served as a juror in a civil or criminal case in state or federal court or served on a grand jury in state or federal court? If so, on what type of case did you serve?

33.    How long ago was that?  Did you deliberate?

34.    Without telling us what the verdict was, were you able to reach a verdict?

35.    Does that experience affect your ability to be fair and impartial in this trial?

**Legal Background**

36.    Have you or any relative or close friends ever been employed by or otherwise affiliated with a law enforcement agency?  If yes, what agency?

37.    Have you or any relative or close friend worked for a criminal defense attorney or private investigator?

38.    Are you or any relatives or close friends a law school graduate, lawyer, judge, law clerk, court attendant, or other type of court personnel?

39.     Have you, or has any relative, either as an individual or in the course of business, ever been a party to a legal action or dispute with the United States, with any agencies or employees of the United States or had any interest in any such legal action or dispute or its outcome?

## Prior Contact with Law Enforcement or the Justice System

40.     Have you or any family member or close friend ever been charged with, or convicted of, a crime?  If so, what type of crime?  If so, do you feel you, your family member or close friend was treated fairly?  Is there anything about that experience that would prevent you from acting as a fair and impartial juror in this case?

41.     Have you or a family member or close friend been investigated for a crime?

42.     Have you or a family member or close friend ever been the victim of a crime?  If so, what type of crime?

## Witness to or Victim of a Crime

43.     Have you, or any of your close friends or relatives, ever been the victim of a crime or a witness to a crime?  What was the nature of the crime?  If so, were you satisfied with law enforcement's response? Is there anything about those experiences that would affect your ability to be fair and impartial in this case?

## Final Question

44.     Is there anything that we have not directly addressed that would make it difficult for you to be a fair and impartial juror in this case?

## Jurors' Background – To Be Asked of the Qualified Jurors

The parties respectfully request that the Court ask each juror to provide the following information:

45.     The area where the juror resides;

46.     The juror's educational background;

47.     Whether the juror is employed, and if the juror is employed, what type of work the juror does. How long the juror has done that type of work;

48.     Significant past employment;

49.     Whether the juror has a background in or experience related to finance, and if the juror has a background in finance, what that experience is;

50.     The juror's marital status – married, single, divorced;

51.     People who live with the juror and their occupations;

52.     Whether the juror has served in the military;

53.     Whether the juror has any children, the ages of any children, and what type of work any child who is employed does;

54.     From where the juror obtains news, including newspapers, magazines, books, blogs or other online sources the juror reads or listens to and how frequently;

55.     What social media the juror consumes and how frequently;

56.     What television shows the juror watches regularly; and

57.     How the juror spends his or her leisure time.

## LIST OF PERSONS, ENTITIES AND TERMS

**A.  Defendant and Defense Counsel**

1.    Adam Kaplan

2.    Daniel Kaplan

3.    Attorney Mark Cohen

4.    Attorney Gale Dick

5.    Attorney Sri Kuehnlenz

6.    Attorney Oliver Haker

7.    Attorney Drew Dean

8.    Attorney Daniel Joiner

9.    Attorney Michael Tremonte

10.    Attorney Noam Biale

11.    Attorney Claire Blumenthal Buck

12.    Attorney Alexandra Conlon

13.    Attorney Daniel Joiner

14.    Paralegal Pilar Cespedes

**B.  Seated at the Government's Table**

1.    Assistant United States Attorney Paul Scotti

2.    Assistant United States Attorney Adam Toporovsky

3.    Assistant United States Attorney Rebecca Urquiola

4.    FBI Special Agent John Ianuzzi

5.    Paralegal Specialist Janelle Robinson

**C.  Possible Witnesses and Other Individuals**

1.    FBI Special Agent Christopher Kottmeier

2.    FBI Special Agent Alex Vasiliades

3.    FBI Special Agent William Sena

4.    FBI Forensic Accountant William Del Gais

5.    Mark Tsukerman

6.    Irma Godlin

7.    Paul Godlin

8.    Lisa Hammond

9.    Valerie Beck

10.    Robert Franklin

11.    Ursula Newman

12.    Bayla Rothstein

13.    Jocelyn Basnett

14.    Bryan Newman

15.    Shirley Newman

16.    Wenxia Wu

17.    Gavin Lyon

18.    Linda Garay

19.    Kenzi Wilbur

20.    Marcus Bones

21.    Cori Leighton

22.    James P. Ryan

23.    Taryn Schneider

24. Michael Sciole

25. Dov Kalton

26. Rebecca Goldenberg

27. Brooke Wise

28. Todd Wise

29. Santiago Garay

30. Dr. Bruce Newman

31. Michael Schule

32. Alan Paris

33. Debbie Newman

34. Doreen Woodward

35. Simon Morr

36. Paul Sherrock

37. Miranda Sherrock

38. Melissa Sherrock

39. Jullian Martinez

40. Alice Snyder

41. Daniel Snyder

42. Steve Valencia

43. Gene Rosen

44. Gery Sadzewicz

45. Victoria Goldstein

46. Steven Dudash

47.    Ronald Roth

48.    Randy Cohen

49.    Shani Tsadik

50.    Eli Korn

51.    Sarah Korn

52.    Daniel Boateng

53.    Robyn Brown

54.    Jared Brown

55.    Barie Nardie

56.    James Coleman

57.    Nicole Cook

58.    Marilyn Croman

59.    Adi Ekshtain

60.    Eyal Farage

61.    Mikayla Fiocca

62.    Arielle Fisher

63.    Gabriella Fisher

64.    Blake Freeman

65.    Barrett Freeman

66.    Mark Garripoli

67.    Mary Garripoli

68.    Michele Georgio

69.    Isaac Gelbstein

70. Julia Giria

71. Edwin Hall

72. Chantal Khalil

73. Cynthia Kulick

74. Dominick Larosa

75. Giovanna Larosa

76. Stephen Leotakos

77. Karen Mandia

78. James Leotakos

79. Marie Leotakos

80. Keith Lorio

81. Khalie Lorio

82. Judith Mandia

83. Charles Mandia

84. Benjamin Margolis

85. Richard Mason

86. Robert Mason

87. James Mason

88. Mandana Mofidi

89. Rita Gross

90. Chris Hantz

91. Paul Hart

92. Kristina Jackson

93.    Nick Khayumov

94.    Kevin Lampone

95.    Jesse Liebenthal

96.    Jacob Maskerines

97.    Kara Maskerines

98.    Blanche Mathias

99.    Herman Mathias

100.    Tiffany Mathias

101.    Jason Mathias

102.    Kevin Wilson

103.    Gabriella Meise

104.    Alina Godkin

105.    Robert Lasner

106.    Meredith Lasner

107.    Sujatha Ramanathan

108.    Simcha Adler

109.    Alexis Altman

110.    Edwin Baimpwi

111.    James Barracato

112.    Sarah Barracato

113.    Bastita Jolie

114.    Thomas Bayliss

115.    Chana Budnitz

116.    Dean Burger

117.    Alberto Santana Carrillo

118.    Marie A. Dennan

119.    Vincenzia Dennan

120.    John F. Dennan

121.    John J. Dennan

122.    Bethany Dennan

123.    Brycen Dennan

124.    Felicia Finch

125.    Chaviv Friedman

126.    Rita Galowich

127.    Bill Meyer

128.    Chief Murray

129.    Nicole Krieger

130.    Elizabeth Birch

131.    Berta Nektalov

132.    Alla Nektalov

133.    Lisa Basch

134.    Sheri Ott

135.    Arnold Pachtinger

136.    Shawn Pachtinger

137.    Steve Pachtinger

138.    Mohse Pachtinger

139.  Melissa Paone

140.  Alex Paone

141.  Matthew Piccini

142.  Akshay Ramanathan

143.  Ricki Shmuel

144.  Gail Strassman

145.  Harrison Ukawuba

146.  Gedaliah Wielgus

147.  Alexandra Wilkes (Smith)

148.  Charles Wilkes

149.  Kristi Young

150.  Kayla Young Schweingruber

151.  Amber Weiss

152.  Marilyn Peter

153.  Peter Anske

154.  Tamas Peto

155.  Deisha Padilla

156.  Rebecca Gaddis

157.  Julie Sagoskin

158.  Inna Katayev

159.  Eden Hebron

160.  Jenny Volkers

161.  Vinicius Cancian

162. Logan Graham

163. Burim Regjaj

164. Fern Greenbaum

165. Laura Greenbaum

166. David Greenbaum

167. Neil Greenbaum

168. Allie Greenbaum

169. Dean Greenbaum

170. Elizabeth Brooks

171. Victoria Brooks

172. Kenneth Rosenthal

173. Dov Zev Rosenbaum

174. Simcha Rosenbaum

175. Jeff Sobo

176. Steven Sobo

177. Carol Hayes

178. Michael White

179. Sharon Saricopoulos

180. Jill Sherwood

181. Kimberlee Smith

182. Mengfei Song

183. Alan Stenzler

184. Michal Strick

185.    Richard Stroud

186.    James Stroud

187.    Ronit Weiss

188.    Aryeh Bleier

189.    Aliza Bleier

190.    Chana Bleier

191.    Gavin Lyon

192.    Todd Blanche

193.    Priya Choudhury

194.    Jared Stanisci

195.    Eric Creizman

196.    John Singer

197.    Michael Deutsch

198.    Steve Schlesinger

199.    Brian Kennedy

200.    Daniel Abrams

201.    Arthur Felsenfeld

202.    Gayle Gerson

203.    Kevin Conway

204.    Anthony Paduano

205.    Victor Hou

206.    Marian Rice

207.    David Herrington

208.    Matthew Henneman

209.    Scott Smith

210.    Kenneth Turnbull

211.    Ira Rosenstein

212.    Jonathan Weinberg

213.    Howard Smolen

214.    Ari Silverman

215.    Vincent Ancona

216.    Dan Viola

217.    William J. Wright

218.    Scott Matasar

219.    Jennifer Fleming

220.    Mark Jacobs

221.    Andrew Calamari

222.    Joanna Newman

223.    Laurence Lansman

224.    Lawrence Spieldenner

225.    Sharon Sprayregen

226.    Brian Middlebrook

227.    Jared Mogil

228.    Daniel Peterson

229.    Shaelyn Gambino Morrison

230.    Golan Yehuda

231.    Frank Novello

232.    Nelson Gaertner

233.    Peter Schultz

234.    Adam Greenfield

235.    Erica Dombroff

236.    Michael Gonzalez

237.    Rebecca Rosenthal

238.    Andrew Schmertz

239.    Rick Rutman

240.    Ann Judith Gellis

241.    Lorrie Whitfield

242.    John Berton

243.    Bernard Lieberman

244.    Jordana Sessa

245.    Jonathan Sessa

246.    Amy Goldstein-Sessa

247.    Gary Goldstein

248.    Anthony Falconieri

249.    Louis Diamond

250.    Allie Brunwasser

251.    Mindy Diamond

252.    Stephen Weiss

253.    Lex Urban

254.    Samantha Greenfield

255.    Sara Bussiere

256.    Victor Celis

257.    Fawn Lee

258.    Richard Langone

259.    John Lawlor

260.    Chris Mafia

261.    George Rau

262.    Hanna Kirkpatrick

263.    Germine Museau

264.    Antonella Maggi

265.    Alexander Pickett

266.    Andrew Schmeelk

267.    Evan Saricopoulos

**D.  <u>Relevant Entities</u>**

1.    IHT Wealth Management

2.    Merrill Lynch

3.    Charles Schwab

4.    Bethpage Federal Credit Union

5.    BNY Mellon Wealth Management

6.    Securities and Exchange Commission (SEC)

7.    Morgan Stanley

8.    Early Warning Services (Zelle)

9.      Citizens Bank

10.     Bank of America

11.     Experian

12.     Financial Industry Regulatory Authority (FINRA)

13.     Capital One

14.     Fidelity

15.     Paypal

16.     Empower

17.     Cadwalader, Wickersham & Taft, LLP

18.     Square Inc.

19.     Zelle

20.     TD Ameritrade

21.     TD Bank

22.     Venmo

23.     Webster Bank

24.     Wells Fargo

25.     TriState Capital Bank

26.     Intuit

27.     Chase Bank

28.     Citibank

29.     Harvard University

24