UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA

    v.

ADAM KAPLAN and DANIEL KAPLAN,

             Defendants.

------------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:
:
:

Case No. 2:23-CR-00293 (JMA) (JMW)

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Mark S. Cohen filed by Mark S. Cohen of Cohen & Gresser LLP ("Cohen & Gresser" or the "Firm"), dated March 6, 2026, Cohen & Gresser will move this Court, before the Honorable Joan M. Azrack, on a date and time convenient to the Court, at the United States Courthouse for the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an order granting the Firm leave to withdraw as counsel for Defendant Adam Kaplan, pursuant to Local Criminal Rule 1.2.

Dated:  March 6, 2026
       New York, New York

Respectfully submitted,

 /s/ Mark S. Cohen

Mark S. Cohen
S. Gale Dick
Drew S. Dean
Daniel Joiner
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
(212) 957-7600
mcohen@cohengresser.com
sgdick@cohengresser.com
ddean@cohengresser.com
djoiner@cohengresser.com

*Attorneys for Adam Kaplan*